Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Melanie T. Partow (Bar No. 254843)
mpartow@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff*

Dennis Gonzales, State Bar No. 59414
dgonzales@lbaclaw.com
Matthew P. Allen, State Bar No. 265118
mpa@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

*Attorneys for Defendant*
*County of Los Angeles*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGE LAPOINTE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No. CV 10-02728-ODW (RZx)** <br><br> [*Honorable Otis D. Wright II*] <br><br> **ORDER GRANTING STIPULATION TO CONTINUE EXPERT DESIGNATION DATE** |

1   Having considered the parties' Stipulation to Continue the Expert Designation
2  Date, the fact that the parties are diligently working to confer on and schedule FRCP
3  30(b)(6) depositions, the fact that a continued expert designation date will not affect
4  any of the other dates in this case, and the fact that the parties have not previously
5  sought to modify the scheduling order, this Court finds that the parties have
6  demonstrated GOOD CAUSE and the parties' stipulation is hereby GRANTED.

7   Expert Designations are to take place on August 5, 2011.  Rebuttal Expert
8  Designations are to take place on August 26, 2011.

9   **IT IS SO ORDERED**.

Dated: June 1, 2011                    _____
                                        Honorable Otis D. Wright, II
                                        District Judge